# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHELLY M. EDWARDS  
5945 HUGH DRIVE  
SOUTH BELOIT, IL  61080

SSN-xxx-xx-5252

Case Number: 05-77827

Case filed on: 11/10/2005  
Plan Confirmed on: 2/3/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,580.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 159.00 | 159.00 | 159.00 | 0.00 |
|  | Total Administration | 159.00 | 159.00 | 159.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 002 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 587.06 | 587.06 | 587.06 | 0.00 |
|  | Total Priority | 587.06 | 587.06 | 587.06 | 0.00 |
| 999 | SHELLY M. EDWARDS | 0.00 | 0.00 | 9.18 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 9.18 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 376.76 | 376.76 | 53.64 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 376.62 | 376.62 | 53.62 | 0.00 |
| 006 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH BOX | 3,936.39 | 3,936.39 | 560.34 | 0.00 |
| 009 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK IT | 110.00 | 110.00 | 15.65 | 0.00 |
| 011 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FLORIDA FIRST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HOUSEHOLD FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IL. DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS DEPARTMENT OF HUMAN SERVIC | 908.00 | 908.00 | 129.25 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,273.07 | 1,273.07 | 181.22 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 12,299.06 | 12,299.06 | 1,750.74 | 0.00 |
| 020 | NATIONAL RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR GAS | 526.95 | 526.95 | 75.01 | 0.00 |
| 022 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCK COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SKO BRENNER AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STATE COLLECTION SERVICE INC | 100.00 | 100.00 | 14.23 | 0.00 |
| 026 | UNITED CREDIT SERVICE INC | 25.00 | 25.00 | 3.56 | 0.00 |
| 027 | UNIVERSITY ACCOUNTING SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | VALENTINE & KEBARTAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ILLINOIS BELL TELEPHONE COMPANY | 503.74 | 503.74 | 71.71 | 0.00 |
| 031 | MERCY HEALTH SYSTEM | 371.06 | 371.06 | 52.82 | 0.00 |
| 032 | STATE COLLECTION SERVICE INC | 40.11 | 40.11 | 5.71 | 0.00 |
| 033 | STATE COLLECTION SERVICE INC | 31.72 | 31.72 | 4.52 | 0.00 |
| 034 | STATE COLLECTION SERVICE INC | 36.88 | 36.88 | 5.24 | 0.00 |
| 035 | STATE COLLECTION SERVICE INC | 60.22 | 60.22 | 0.00 | 0.00 |
| 036 | STATE COLLECTION SERVICE INC | 114.00 | 114.00 | 16.23 | 0.00 |
| 037 | STATE COLLECTION SERVICE INC | 1,900.64 | 1,900.64 | 270.55 | 0.00 |
| 038 | UNITED CREDIT SERVICE INC | 35.44 | 35.44 | 5.04 | 0.00 |
| 039 | UNITED CREDIT SERVICE INC | 94.44 | 94.44 | 13.44 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY INC | 72.00 | 72.00 | 10.24 | 0.00 |
| 041 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | AMERICA ON LINE /GPO | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MARY ALICE ODLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | THE MOVIE STOP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,192.10 | 23,192.10 | 3,292.76 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 25,138.16 | 25,138.16 | 5,248.00 | 0.00 |

Total Paid Claimant:     $5,248.00
Trustee Allowance:       $332.00
Percent Paid Unsecured:  14.20

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan